NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

## ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC.,
*Plaintiff-Appellant,*

**v.**

## MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., MATSUSHITA ELECTRIC CORPORATION OF AMERICA, JVC AMERICAS CORPORATION, VIVITAR CORPORATION, PETTERS GROUP WORLDWIDE, LLC, POLAROID CONSUMER ELECTRONICS, LLC, POLAROID HOLDING COMPANY, AND POLAROID CORP.,
*Defendants,*

AND

## RESEARCH IN MOTION LTD. AND RESEARCH IN MOTION CORP.,
*Defendants-Appellees.*

———————————

2012-1652, -1653, -1654

———————————

Appeal from the United States District Court for the District of Delaware in No. 08-CV-0371, Judge Leonard P. Stark.

———————————

**JUDGMENT**

———————————

LEIGH C. TAGGART, Rader, Fishman & Grauer, PLLC, of Bloomfield Hills, Michigan, argued for plaintiff-appellant. On the brief was CHARLES W. BRADELY.

DOMINIC E. MASSA, Wilmer Cutler Pickering Hale and Dorr, LLP, of Boston, Massachusetts, argued for defendants-appellees. With him on the brief were KEVIN S. PRUSSIA; and SETH P. WAXMAN, of Washington, DC; and CHRISTOPHER R. NOYES, of New York, New York.

―――――――――――

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, BRYSON, and TARANTO, *Circuit Judges*).

### AFFIRMED. *See* Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

July 18, 2013
Date

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk